UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. HILL, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No. 22-cv-06713-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Richard A. Hill, Jr. has not complied with the Clerk's Notices to file a complaint and an application to proceed *in forma pauperis*. (Dkt. Nos. 2 and 3.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Hill may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complaint on this Court's form; and (iii) contain an application to proceed *in forma pauperis*, or full payment for the $402.00 filing fee.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** December 13, 2022



WILLIAM H. ORRICK
United States District Judge